FILED
2016 Mar-23 PM 02:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA** and PAUL W. BRYANT, JR., <br><br> Plaintiffs, <br><br> v. <br><br> **HOUNDSTOOTH MAFIA ENTERPRISES, LLC**, WILLIAM PITTS JR., and CHRISTOPHER BLACKBURN, <br><br> Defendants. | No. 7:13-cv-01736-RDP |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Michelle K. Lee, Undersecretary for Intellectual Property and Director of the United States Patent and Trademark Office, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order denying the Director's Motion to Intervene and granting Plaintiffs' Motion to Enforce Consent Judgment, entered on February 23, 2016 (Doc. # 35), and all previous orders and judgments that underlie it.

Dated: March 23, 2016

          Respectfully submitted,

          BENJAMIN C. MIZER
          Principal Deputy Assistant Attorney General

          JOHN J. FARGO
          Director

Of Counsel:
THOMAS W. KRAUSE
Acting Solicitor           *s/ Scott Bolden*
          SCOTT BOLDEN
CHRISTINA J. HIEBER           Assistant Director
Senior Counsel for Trademark           Commercial Litigation Branch
Litigation           Civil Division
          Department of Justice
THOMAS L. CASAGRANDE           Washington, DC  20530
BENJAMIN T. HICKMAN           Email: Scott.Bolden@USDOJ.gov
Associate Solicitors           Telephone: 202-307-0262
          Facsimile:  202-307-0345
United States Patent and Trademark
Office

          JOYCE WHITE VANCE
          United States Attorney


By:          *s/ Jason R. Cheek*
          JASON R. CHEEK
          Assistant United States Attorney
          1801 4th Avenue North
          Birmingham, Alabama  35203
          Email: Jason.Cheek@USDOJ.gov
          Telephone:  205-244-2104

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael Spearing, Esq.
>mspearing@uasystem.ua.edu
>
>R. Charles Henn Jr., Esq.
>chenn@kilpatrickstockton.com
>
>Nichole Davis Chollet, Esq.
>nchollet@ktslaw.com
>
>Travis C. Hargrove, Esq.
>tch@psstf.com


>*s/ Scott Bolden*
>SCOTT BOLDEN