Case 7:13-cv-01736-RDP   Document 41   Filed 06/06/16   Page 1 of 2

Case: 16-11311   Date Filed: 06/06/2016   Page: 1 of 1

FILED
2016 Jun-06  AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 06, 2016

Sharon Harris
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 16-11311-HH
Case Style: Board of Trustees of The Unive, et al v. Michelle Lee, et al
District Court Docket No: 7:13-cv-01736-RDP

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, HH/lt
Phone #: (404) 335-6180

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-11311-HH

BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, THE,
PAUL W. BRYANT, JR.,

                                      Plaintiffs - Appellees,

versus

MICHELLE K. LEE,
Undersecretary for Intellectual Property and
Director of the United States Patent and
Trademark Office,

                                      Interested Party - Appellant,

HOUNDSTOOTH MAFIA ENTERPRISES LLC,

                                      Defendant - Appellee,

WILLIAM PITTS, JR., et al.,

                                      Defendants.

Appeal from the United States District Court
for the Northern District of Alabama

Before: TJOFLAT and WILSON, Circuit Judges.

BY THE COURT:

    Interested Party-Appellant Michelle Lee's Voluntary Motion to Dismiss Appeal is GRANTED.